**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JEANEEN OSCAMOU,

10              Plaintiff,                          No. C 13-04247 JSW

11       v.

12   CAROLYN W. COLVIN,                          **ORDER DIRECTING PARTIES**
                                                  **TO INFORM COURT WHETHER**
13              Defendant.                        **THEY CONSENT TO**
                                                  **MAGISTRATE JUDGE FOR ALL**
14   _____/    **PURPOSES**

15

16          In cases initially assigned to a district judge, the parties may consent at any time to

17   reassignment of the case to a magistrate judge for all purposes, including entry of final

18   judgment.  See Civil L.R. 73-1(b).  Accordingly, the parties are hereby DIRECTED to advise

19   the Court, no later than January 3, 2014, as to whether they consent to have a magistrate judge

20   conduct all further proceedings in the instant action.[1]  For the parties' convenience, consent

21   forms are available at http://www.cand.uscourts.gov, in the "Forms" section.  The

22   ///

23   ///

24   ///

25   ///

26   ///

27

28   _____

          [1] Normally, the Court would direct the parties to so inform the Court in their joint
     case management statement filed in connection with a case management conference.
     Because the instant action involves a review of an administrative record, however, a case
     management conference has not been scheduled.

parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated:   December 19, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California