MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANEEN OSCAMOU,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant, | Case No. 3:13-cv-4247 JSW<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Acting Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the administrative law judge (ALJ) to take the following action:

    Provide the claimant with the opportunity for a new hearing. The ALJ should further: 1) order a new consultative mental status examination; 2) reevaluate all the medical opinion

1

evidence and, if necessary, obtain clarification of the medical opinions and if any portion of the opinion evidence is discounted, the ALJ will state the reasons for the discounting the opinion; 3) reevaluate the maximum residual functional capacity and provide appropriate rationale with specific reference to evidence of record in support of the assessed limitations; 4) reevaluate the claimant's credibility in accordance with Social Security Ruling 96-7p; and 5) if necessary, obtain supplemental vocational expert testimony regarding the claimant's ability to perform past relevant work or, alternatively, work that exists in significant numbers in the national economy and ensure that the vocational expert testimony does not conflict with the Dictionary of Occupational Titles in accordance with Social Security Ruling 00-4p.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: March 13, 2014

*/s/ David J. Linden*
(*As authorized via email on 03/13/14*)
DAVID J. LINDEN
Attorney for Plaintiff

Dated: March 13, 2014

MELINDA L. HAAG
United States Attorney

*/s/ Shea Lita Bond*
SHEA LITA BOND
Assistant United States Attorney

IT IS SO ORDERED:

Dated: March 17, 2014

_____
[Signature: Jeffrey S. White]

2