MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone:  (415) 977-8934
     Facsimile:  (415) 744-0134
     E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANEEN OSCAMOU,         ) <br>       Plaintiff,      ) <br>            ) <br>        v.        ) <br>            ) <br> CAROLYN W. COLVIN,     ) <br> Acting Commissioner of     ) <br> Social Security,      ) <br>            ) <br>      Defendant.     ) <br> _____) | CIVIL NO. 3:13-cv-04247-JSW <br><br> STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) and COSTS UNDER 28 U.S.C. § 1920 |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, TWO-HUNDRED EIGHTY DOLLARS AND 00 CENTS ($5,280.00), and costs under 28 U.S.C. § 1920, in the amount of $400.00. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, expenses and

costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: April 7, 2014      By:   */s/ David J. Linden*

(As authorized via email on 04/07/14)
DAVID J. LINDEN
Attorney for Plaintiff


MELINDA L. HAAG
United States Attorney

Dated: April 7, 2014         */s/ Shea Lita Bond*
SHEA LITA BOND
Special Assistant United States Attorney

IT IS SO ORDERED:




Dated: _April 8, 2014_        _____

United States District Judge

2